6022          MENOTTI v. CITY OF SEATTLE



ER 000423

